UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60669-CIV-JORDAN/DUBÉ

CONSENT CASE

ANAND PERSAD,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and in accordance with the Memorandum Order entered by this Court, final judgment is hereby entered in favor of the Plaintiff, Anand Persad and against the Defendant, Michael J. Astrue, Commissioner of Social Security.

All pending motions are deemed **MOOT** and this case is hereby **CLOSED**.

**DONE AND ORDERED** this ___17___ day of September, 2008.

                                              ROBERT L. DUBÉ
                                              UNITED STATES MAGISTRATE JUDGE